ELLENOFF GROSSMAN & SCHOLE LLP
Steven R. Nevolis
Amanda Fugazy
Caitlin Breen (admission pending)
snevolis@egsllp.com
afugazy@egsllp.com
cbreen@egsllp.com
1345 Avenue of the Americas, 11th Floor
New York, NY 10105
(212) 370-1300 (telephone)
(212) 370-7889 (facsimile)

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
WILLIAM KELLEY,                              Case No._____

        Plaintiff,                **DEFENDANT FEDRIGONI
                                             SPECIAL PAPERS NORTH
-against-                                    AMERICA INC.,'S RULE 7.1
                                             STATEMENT**

MOHAWK FINE PAPERS INC., FEDRIGONI
SPECIAL PAPERS NORTH AMERICA, INC.,
EDWARD KNOTT, JOHN GOMAN BRENDA
STOKES, and AMY WHITNEY, in their professional
and individual capacities,

        Defendants.
-------------------------------------------------------------------X

      Pursuant to Federal Rule of Civil Procedure Rule 7.1, the undersigned counsel of record for Fedrigoni Special Papers North America, Inc., a private non-governmental party, certifies that Fedrigoni is a privately held corporation that is the parent corporation of Fedrigoni Special Papers North America, Inc. and that no publicly held corporation owns 10% or more of Fedrigoni Special Papers North America, Inc.'s stock.

Date: New York, New York
October 15, 2024

Steven R. Nevolis
Amanda Fugazy
Caitlin Breen (admission pending)
Ellenoff Grossman & Schole LLP
1345 Avenue of the Americas, 11th Floor
New York, NY 10105
(212) 370-1300
*Attorneys for Fedrigoni Defendants*