

1345 AVENUE OF THE AMERICAS – 11TH FLOOR
NEW YORK, NEW YORK 10105
TELEPHONE: (212) 370-1300
FACSIMILE: (212) 370-7889
www.egsllp.com

October 17, 2024

**VIA ECF**
Magistrate Judge Daniel J. Stewart
United States District Court
Northern District of New York
445 Broadway
Albany, New York 12207-2936

   Re: ***William Kelley v. Mohawk Fine Papers Inc., Fedrigoni Special Papers North America, Inc., Edward Knott, John Goman Brenda Stokes, and Amy Whitney;*** **Civil Case No.: 1:24-CV-01264 (AMN) (DJS)**

Dear Judge Stewart,

  We represent Defendants Fedrigoni Special Papers North America, Inc. ("Fedrigoni"), Edward Knott, John Goman, Brenda Stokes, and Amy Whitney (collectively, the "Individual Defendants") in the above-referenced matter. Please accept this letter with the attached Stipulation as the Defendants' request to extend the time to Answer or otherwise respond to the Amended Complaint through and including November 13, 2024. Currently, the date for the Defendants to respond is October 22, 2024. This is the Defendants' first request for an extension of time to file an Answer or otherwise respond. Aside from the date for the Defendants to respond, this request will not affect any other court scheduled deadlines. We have conferred with Plaintiff's counsel and he consents to the requested extension of time, as evidenced by the attached Stipulation. We thank the Court for its attention to this matter.

             Respectfully submitted,

             Caitlin Breen

cc: Christopher Berlingieri, Esq. – via ECF
  Brad J. Axelrod, Esq. – via electronic mail

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

WILLIAM KELLEY,

                                Case No.: 24-CV-01264(AMN)(DJS)

                Plaintiff,

                                **STIPULATION**

  – against –

MOHAWK FINE PAPERS INC., FEDRIGONI
SPECIAL PAPERS NORTH AMERICA, INC.,
EDWARD KNOTT, JOHN GOMAN, BRENDA
STOKES, and AMY WHITNEY, in their professional
and individual capacities,

                              Defendants.
---------------------------------------------------------------X

      **IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel of record for the respective parties herein, that the time for Defendants Mohawk Fine Papers Inc., Fedrigoni Special Papers North America, Inc., Edward Knott, John Goman, Brenda Stokes, and Amy Whitney (collectively the "Defendants") to answer or otherwise respond to the Amended Complaint is extended up to and including November 13, 2024.

      IT IS FURTHER STIPULATED AND AGREED that this stipulation may be signed in counterparts and by facsimile signature, which shall be deemed an original for all purposes.

                          \*\*\* SIGNATURE PAGE TO FOLLOW \*\*\*

Dated: New York, New York
       October 17, 2024

| ELLENOFF GROSSMAN & SCHOLE LLP | BERLINGIERI LAW, PLLC |
|---|---|
| By: /S/ Steven R. Nevolis<br>    Steven R. Nevolis<br>    Amanda Fugazy<br>    Caitlin Breen<br>    1345 Avenue of the Americas, 11th Floor<br>    New York, New York 10105<br>    Tel: (212) 370-1300<br>    *Attorneys for Defendants Fedrigoni Special Papers North America, Inc., Edward Knott, John Goman, Brenda Stokes, and Amy Whitney* | By: /S/ Christopher J. Berlingieri<br>    Christopher J. Berlingieri<br>    244 Fifth Avenue, Suite F276<br>    New York New York 10001<br>    Tel: (347) 766-5185<br>    *Attorneys for Plaintiff* |

WOLLMUTH MAHER & DEUTSCH LLP

By: /S/ BJA
    Brad Axelrod
    500 Fifth Avenue
    New York, New York 1010
    Tel: (212) 382-3300
    *Attorneys for Defendant Mohawk Fine Papers Inc.*