EXECUTION VERSION
**EXHIBIT B**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WILLIAM KELLEY,<br><br>                                                          Plaintiff,<br>                    -against-<br><br>MOHAWK FINE PAPERS INC., FEDRIGONI SPECIAL PAPERS NORTH AMERICA, INC., EDWARD KNOTT, JOHN GOMAN BRENDA STOKES and AMY WHITNEY, in their professional and individual capacities,<br>                                                          Defendants, | Case No.: 24-CV-01264(AMN)(DJS)<br><br>**STIPULATION OF DISCONTINUANCE WITH PREJUDICE** |

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned, the attorney and parties of record for the all parties to the above-entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above-entitled action, is hereby discontinued *with prejudice,* without costs to any party as against the other. This Stipulation may be filed without further notice with the Clerk of the Court. This Stipulation may be executed in counterparts, each of which constitutes an original and all of which constitute one and the same Stipulation. Facsimiles and electronically transmitted versions of signatures shall constitute acceptable, binding signatures for purposes of this Stipulation.

**[SIGNATURES ON NEXT PAGE]**

{01458796.DOC.6}                                                                 13

**EXECUTION VERSION**

Dated: New York, New York
November 22, 2024

| ELLENOFF GROSSMAN & SCHOLE LLP | BERLINGIERI LAW, PLLC |
|---|---|
| By: _____ <br> Steven R. Nevolis <br> Amanda Fugazy <br> Caitlin Breen <br> 1345 Avenue of the Americas, 11th Floor <br> New York, New York 10105 <br> Tel: (212) 370-1300 <br> *Attorneys for Defendants Fedrigoni Special Papers North America, Inc., Edward Knott, John Goman, Brenda Stokes, and Amy Whitney* | By: *Christopher J. Berlingieri* <br> Christopher J. Berlingieri <br> 244 Fifth Avenue, Suite F276 <br> New York New York 10001 <br> Tel: (347) 766-5185 <br> *Attorneys for Plaintiff* |

WOLLMUTH MAHER & DEUTSCH LLP

By: *Brad Axelrod*
Brad Axelrod
500 Fifth Avenue
New York, New York 1010
Tel: (212) 382-3300
*Attorneys for Defendant Mohawk Fine Papers Inc.*

IT IS SO ORDERED:

_____
Anne M. Nardacci
U.S. District Judge

Dated: November 25, 2024
        Albany, NY

{01458796.DOC.6}                    14